UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

JULIE A.. DELONG,  Case No. 04-20790

                                Chapter 7 Proceeding
            Debtor(s).             Hon. Daniel S. Opperman
_____/

## NOTICE REGARDING FUNDS TO BE DEPOSITED IN U.S. REGISTRY

     NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $2,107.18 for deposit in the U.S. Registry as evidenced by the attached check number 3011, made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds", Under $10 or Unclaimed from the Interim Distribution on or about September 30, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 3 | Citibank USA, NA | $ 504.52 |
| 5 | Direct Merchants Credit Card Bank | $1,602.66 |
| | TOTAL | $2,107.18 |

DATED: March 28, 2011

                                                      /s/ Randall L. Frank
                                                      _____
                                                      Randall L. Frank (P33189)
                                                      Chapter 7 Trustee
                                                      310 Davidson Building
                                                      P.O. Box 2220
                                                      Bay City, Michigan 48707
                                                      Telephone: (989) 893-2461
                                                      randall.frank@gmail.com