UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Julie Ann DeLong

Case No. **04-20790**

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, <u>Santo Trombetta from Citigroup Global Markets, Inc.</u>, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of <u>$504.52</u>, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor <u>Citibank USA, NA</u>
The applicant further states that:

1. (Indicate one of the following)

   _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

   __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

   _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this 12 day of March, 2013

Citigroup Global Markets, Inc. c/o Santo Trombetta
Name of creditor

*[signature]*
Signature of Applicant

Santo Trombetta – Managing Director
Name and Title of Applicant

Citigroup Global Markets, Inc.
Company Name

388 Greenwich Street
Street Address

New York, NY 10013
City and State

1 (212) 816 4923
Telephone number

11-2418191
Tax Identification

XXX-XX-
Social Security Number

3
Claim Number

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re:

Julie Ann DeLong

Case No. 04-20790

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

Citigroup Global Markets, Inc. c/o Santo Trombetta , the sum of

five hundred four dollars and fifty-two cents

dollars ($504.52    ), of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Julie Ann DeLong

Case No. 04-20790

Chapter 7

## AFFIDAVIT OF CLAIMANT

I, Santo Trombetta from Citigroup Global Markets, Inc. , do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: 388 Greenwich Street

New York, NY 10013

Phone number: 1 (212) 816 4923

Social security number **XXX-XX-**

If claimant is a corporation, the federal tax ID number 11-2418191

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 3/12/13

_____
Signature of Claimant

Sworn to and Subscribed before me this
12 day of March, 2013

_____
NOTARY PUBLIC AT LARGE
STATE OF N.Y.

LOUIS A. PISTECCHIA
Notary Public, State of New York
No. 01PI4651181
Qualified in Westchester County
Commission Expires Sept. 30, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Julie Ann DeLong

Case No. 04-20790

Chapter 7

PROOF OF SERVICE

I, the undersigned, hereby certify that on the _12_ day of _March_ 20_13_, a copy of the Application for Payment From Unclaimed Funds by _Citigroup Global Markets, Inc. c/o Santo Trombetta_ was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 1 01 First Suite 200
> Bay City, MI 48708

Dated: _3/12/13_                    By: _[signature]_



Santo Trombetta
Managing Director
Global Operations Control
Institutional Clients Group

388 Greenwich Street
New York, NY 10013
Tel 1 212 816 4923
Fax:1 646 308 6555
santo.trombetta@citi.com

Citigroup Global Markets Inc.

## AFFIDAVIT OF AUTHORIZATION

I, Santo Trombetta, Managing Director of ICG-O&T CAO, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by Jeffrey Walsh, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by federal, state or local agencies;

2. That I have also been authorized by Jeffrey Walsh to file on behalf of the Corporation or its direct and indirect subsidiary corporations and/or any of their predecessor corporations any and all reports reflecting the escheatment of unclaimed property held by those corporations, and to remit to the several states such property as reflected in those filings

3. That I have also been authorized by Jeffrey Walsh to delegate the authority described above to Louis Pistecchia, who is an officer in the ICG-O&T CAO business division, and his signatures is, as set forth below:

Louis Pistecchia    _____

4. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of February 2012.

_____
Santo Trombetta

STATE OF NEW YORK)
COUNTY OF NEW YORK)

Subscribed and sworn to before me this 29th day of February 2012.

Notary Public _____

COURTNEY FIELDS
Notary Public, State of New York
No. 01FI6096003
Qualified in New York County
Commission Expires July 21, 2015

Citigroup Inc.
399 Park Avenue
New York, NY 10022

February 24, 2012

CITI

To Whom It May Concern,

Re: Unclaimed Property

I, Jeffrey R. Walsh, Controller and Chief Accounting Officer of Citigroup Inc. ("Corporation"), do hereby authorize Santo Trombetta, Managing Director of the ICG-O&T CAO, a business division within the Corporation, to file and collect any and all Unclaimed Property claims on behalf of the Corporation and any and all direct and indirect subsidiary corporations of the Corporation, including but not limited to Citibank, N.A., Citibank, FSB, Citibank (West), FSB, Citibank (South Dakota), N.A., Citigroup Global Markets Inc., Citigroup Financial Products Inc., Citibank (Nevada), N.A., CitiMortgage Inc., Citicorp North America, Inc., Citicorp USA, Inc., ABN Amro Mortgage Group, Associates Financial Services Company Inc., AVCO Financial Services, Belgian American Banking, Benco & Co., BISYS, Cal. Fed Financial, CitiCapital, CitiCards, Citicorp, CitiFinancial, Commercial Credit Co., Copelco Financial Trustees, European American Bank, First Nationwide Savings, Glendale Federal Bank, Lava Trading, Salomon Smith Barney, Traveler's Bank Trust and Citibank/Choice, or predecessor corporations of said entities. I further authorize Santo Trombetta to file on behalf of the above-referenced subsidiary corporations any and all reports reflecting the escheatment of unclaimed property held by those corporations, and to remit to the several states such property as reflected in those filings. I further authorize Santo Trombetta to delegate the authority set forth herein to Louis Pistecchia, an officer within the ICG-O&T CAO business division.

Sincerely,

Jeffrey Walsh

State of New York
County of Queens

Sworn to before me this of February 2012       February 28, 2012

DIANA ENGEL
Notary Public, State of New York
No. 01EN6077924
Qualified in Queens County
Commission Expires July 22, 2014

Notary Public

**Signatures**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on the 24th day of February, 2012.

Citigroup Inc.
(Registrant)

*/s/ John Gerspach/*

John C. Gerspach
Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on the 24th day of February, 2012.

Citigroup's Principal Executive Officer and a Director:

*/s/ V S Pandit/*

Vikram S. Pandit

Citigroup's Principal Financial Officer:

*/s/ John Gerspach/*

John C. Gerspach

Citigroup's Principal Accounting Officer:

*/s/ Jeffrey R. Walsh/*

Jeffrey R. Walsh

The Directors of Citigroup listed below executed a power of attorney appointing John C. Gerspach their attorney-in-fact, empowering him to sign this report on their behalf.

Alain J.P. Belda
Timothy C. Collins
Robert L. Joss, Ph.D.
Michael E. O'Neill
Richard D. Parsons
Lawrence R. Ricciardi

Judith Rodin
Robert L. Ryan
Anthony M. Santomero
Diana L. Taylor
William S. Thompson, Jr.
Ernesto Zedillo

*/s/ John Gerspach/*

John C. Gerspach

04-20790-dob    Doc 56    Filed 03/20/13    Entered 03/20/13 15:59:51    Page 10 of 13

## Corporate Governance

- Home
- Governance Documents
- Board of Directors
- Leadership Team
- Senior Advisors
- Code of Conduct
- Ethics Hotline
- Financial Disclosure
- Section 16 Reports
- Regulatory Disclosures

### Section 16 - Insider Holdings Disclosure



**Directors** | **Executive Officers**

Stephen Bird
Chief Executive Officer
Asia Pacific

Michael L. Corbat
Chief Executive Officer
Europe, Middle East and Africa

John Havens
President and Chief Operating Officer
Citigroup
Chief Executive Officer, Institutional Clients Group

Brian Leach
Chief Risk Officer
Citigroup

Manuel Medina-Mora
Chief Executive Officer
Global Consumer Banking and Chairman, Mexico and Latin America

Jeffrey R. Walsh
Controller
Chief Accounting Officer
Citi

Don Callahan
Chief Administrative Officer
Chief Operations & Technology Officer
Citigroup

John C. Gerspach
Chief Financial Officer
Citigroup

Michael Helfer
General Counsel
Corporate Secretary
Citigroup

Gene McQuade
Chief Executive Officer
Citibank, N.A.

William J. Mills
Chief Executive Officer
North America



| NIC Home | Institution Search | USBA Search | Top 50 BHCs |
| --- | --- | --- | --- |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of CITIGROUP GLOBAL MARKETS INC. (2754521).

**Starting From:** ⦿ CITIGROUP GLOBAL MARKETS INC.

○ Parent(s) of CITIGROUP GLOBAL MARKETS INC.

CITIGROUP INC.

**Institution Type:** ⦿ Standard Organization Hierarchy

Institution Types Included:
- All
- Commercial Bank
- Cooperative Bank
- Credit Union

○ Organization Hierarchy Identifying HMDA Respondents
As of year end
- 2011
- 2010

Organization as of date (mm/dd/yyyy) format:
04/25/2012

**Report Format:** ⦿ HTML  ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

[Submit]

NIC Home | FAQ | Help | Contact Us



| NIC Home | Institution Search | USBA Search | Top 50 HCs |
|---|---|---|---|
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of CITIBANK USA, NATIONAL ASSOCIATION (112855).

**Starting From:** ⦿ CITIBANK USA, NATIONAL ASSOCIATION

○ Parent(s) of CITIBANK USA, NATIONAL ASSOCIATION

CITIGROUP INC.

**Institution Type:** ⦿ Standard Organization Hierarchy

○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
- All
- Commercial Bank
- Cooperative Bank
- Credit Union
- Edge/Agreement Corporation

As of year end
- 2012
- 2011

Organization as of date (mm/dd/yyyy) format:
09/30/2006

**Report Format:** ⦿ HTML  ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

[Submit]

NIC Home | FAQ | Help | Contact Us